IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24–08–M–DWM–3 |
| Plaintiff, | |
| vs. | ORDER |
| EMILY ANN SVOBODA, | |
| Defendant. | |

Defendant Emily Ann Svoboda has notified the Court that Dr. Michael J. Scolatti, Ph.D., is still in process of completing her psychiatric or psychological evaluation and expects to be completed by July 5, 2024. (*See* Docs. 36, 83.) Accordingly,

IT IS ORDERED that the United States Marshal Service is directed to continue to hold the Defendant at the Missoula County Detention Center pending a psychiatric or psychological examination by Dr. Scolatti. The psychiatric or psychological report must be prepared by Dr. Scolatti, as instructed in the May 22, 2024 Order, and filed under seal no later than **July 5, 2024**. A hearing, if appropriate, will be set by separate order. *See id.* §§ 4241(c), 4247(d).

IT IS FURTHER ORDERED that the time between June 19, 2024, and July 5, 2024, is excludable time under the Speedy Trial Act.[1] *See id.* § 3161(h)(1)(A).

DATED this 24th day of June, 2024.

_____
Donald W. Molloy
United States District Court Judge

---

[1] The Defendant's trial has been severed from her codefendant, Keith Andre Green. (*See* Doc. 60.)